IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WAYNE and ROXY GILLESPIE, husband and wife, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT as subrogee of Wayne and Roxy Gillespie,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TIMKEN COMPANY; CNH INDUSTRIAL AMERICA LLC; and JOHN DOES 1-10<br><br>Defendants. | Case No. CV 19-51-BMM<br><br>**ORDER** |

Upon review of the Unopposed Motion to Excuse Local Counsel Perry J. Schneider from attending settlement conference, and good causing appearing,

IT IS HEREBY ORDERED that Perry J. Schneider is excused from attending the settlement conference scheduled for April 20, 2021, but if needed, can be available by telephone or in person at short notice as his location is in Missoula, Montana.

1

DATED this 8th day of April 2021.

/s/ John Johnston
John Johnston
United States Magistrate Judge